O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-5819 AHM (PJWx) | Date | August 5, 2008 |
|---|---|---|---|
| Title | HYLOFT, INC. v. JIANGSU SAINTY SHENGTONG IMP. & EXP. CO., LTD. *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)


The Court DENIES Plaintiff's *ex parte* application to stay the case or have its pending motions heard on short notice.[1]  The Court continues the Markman hearing from August 11, 2008 to September 12, 2008 at 2:00 p.m. and continues the remaining dates to the dates indicated in the attached Amended Schedule of Pretrial Dates.  All previously-set discovery dates remain in effect.  The Court further orders that the earliest date on which Defendant may file any motion for summary judgment is September 15, 2008.


_____ : _____

Initials of Preparer                    SMO

---

[1] Docket No. 76.

**JUDGE A HOWARD MATZ**
**AMENDED SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Present Dates | Requested Dates | Court Order |
|--------|------|--------------------|---------------|-----------------|-------------|
| Trial date (jury) (court) 4  Estimated length: _____ 4 _____ days | 8:00 a.m. | | | | 12/22/08  8:00 am |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | | | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. | -2 | | | 12/1/08  11 am |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | - 4 | | | 11/24/08 |
| Last day for hand-serving Motions in Limine | | - 6 | | | 11/10/08 |
| Last Day to Meet Before Final Pretrial Conference (L.R. 16-2) | | 8 | | | 11/3/08 |
| Last day for hearing motions | 10:00 a.m. | 8 | | | 10/20/08 |
| Last day for hand-serving motions and filing (other than Motions in Limine) | | 12 | | | 9/22/08 |
| Non-expert Discovery cut-off | | - 14 | | | |

| Matter | | Weeks before trial | Present Dates | Requested Dates | Court Order |
|--------|--|--------------------|---------------|-----------------|-------------|
| Expert discovery cut-off | | - 6 | | | |
| Rebuttal Expert Witness Disclosure | | - 9 | | | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | - 13 | | | |
| Last day to conduct Settlement Conference | | | | | |
| Last day to amend pleadings or add parties | | | | | |

# EXHIBIT A

S:Forms&Orders\CourtClerk\Amended Schedule of Pretrial Dates.wpd